No. 02–1674. MCCONNELL, UNITED STATES SENATOR, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1675. NATIONAL RIFLE ASSN. ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1676. FEDERAL ELECTION COMMISSION ET AL. *v.* MC-CONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1702. MCCAIN, UNITED STATES SENATOR, ET AL. *v.* MCCONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1727. REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1733. NATIONAL RIGHT TO LIFE COMMITTEE, INC., ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1734. AMERICAN CIVIL LIBERTIES UNION *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1740. ADAMS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1747. PAUL, UNITED STATES CONGRESSMAN, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1753. CALIFORNIA DEMOCRATIC PARTY ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1755. AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02–1756. CHAMBER OF COMMERCE OF THE UNITED STATES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. D. C. D. C. [Probable jurisdiction noted, *ante,* p. 911.] Motion of plaintiffs Senator Mitch McConnell et al. to file volume VI of the joint appendix under seal granted. Motion of the intervenor-defendants to file their brief under seal with redacted copies for the public record granted.